UNITED STATES DEPARTMENT OF JUSTICE
RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General, Tax Division
JOSEPH E. HUNSADER
Trial Attorney
P.O. Box 227 - Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-0472
Email: joseph.e.hunsader@usdoj.gov

UNITED STATES ATTORNEY'S OFFICE
CRAIG CARPENITO
United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102-2535
Tel: (973) 645-2700
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:18-cv-11387-MCA-SCM |
| DONALD J. MELIADO, JR., | ) |
| JACQUELINE V. MELIADO, | ) |
| NEW JERSEY DEP'T OF TREASURY-DIVISION OF TAXATION, | ) |
| NEW JERSEY DEP'T OF LABOR, and STARK & STARK, | ) |
| Defendants. | ) |

**ORDER GRANTING UNITED STATES' MOTION TO AMEND COMPLAINT**

The Plaintiff United States having filed a motion to amend the Complaint to add Stark & Stark as a Defendant in place of the now dismissed Schachter & Portnoy in both the Complaint's Caption and in its Paragraph 8,

The Court having reviewed all relevant papers and argument,

IT IS HEREBY ORDERED that the United States' motion to amend the Complaint is GRANTED IN FULL.  The United States shall file its First Amended Complaint on or before January 11, 2019.

Dated:  December ___, 2018       _____
                                 UNITED STATES DISTRICT COURT