VIA EMAIL ONLY LDW_orders@njd.uscourts.gov,

January 25, 2021

Magistrate Judge Leda D. Wettre
MLK Jr Federal Building
50 Walnut Street Newark, NJ 07101

    Re: *USA vs MELIADO*
       CASE NO.: 2:18-cv-11387-MCA-LDW

Dear Judge Wettre:

Pursuant to the Court's Order of January 20, 2021 please accept this correspondence as confirmation that I, along with my wife Jacqueline Meliado, will proceed Pro Se in the above referenced matter at this time. As stated previously on the record our former attorney, Lewis Cohn, Esq., has retried and by way of cover of this correspondence I am confirming this substitution as to representation.

Please have your chamber advise me as to whether any additional information is needed at this time. Once again I thank you for all courtesies

Respectfully submitted,


I, the undersigned, Jacqueline Meliado hereby agree and confirm that I will be proceeding Pro Se in the above reference matter *USA vs. Meliado* Case No.: **2:18-cv-11387-MCA-LDW** at this time.

Jacqueline Meliado
Date: January 25, 2021

Cc: Catriana Coppler, Esq.
    Lewis Cohn, Esq.