

|  |  |
|---|---|
|  | **U.S. Department of Justice** |
|  | **Tax Division** |
|  | *Civil Trial Section, Eastern Region* |
| DAH:DSM:GTYurekli | P.O. Box 227     Telephone: 202-598-0581 |
| DJ 5-48-22730 | Washington, D.C. 20044    Telecopier: 202-514-6866 |
| CMN 2017102169 | |

September 16, 2021

<u>**Via CM/ECF**</u>

Honorable Leda Dunn Wettre
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

         Re:    <u>*United States of America v. Donald J. Meliado, et al.*</u>
                 <u>Case No. 2:18-cv-11387-MCA-LDW (D.N.J.)</u>

Dear Judge Wettre:

     The following status report is jointly submitted by the United States, U.S. Bank as custodian for BV Trust 2015-1 ("U.S. Bank"), and the Meliados.

     1.     Since the last status report (Doc. No. 27), the US and Meliados have reached a settlement agreement and have jointly requested entry of a consent judgment. (Doc. No. 82). The motion is still pending, but it appears U.S. Bank may have a limited objection.

     2.     On August 25, 2021, counsel for the U.S. Bank filed a certification seeking an order from this Court acknowledging that the 5-year redemption period set forth in N.J.S.A. 54:5-33 should be tolled until U.S. Bank can proceed with its foreclosure action in State Court. (Doc. 84).

**<u>Statement by the United States:</u>**

     3.     Meliados' first payment under the settlement agreement was due on August 23, 2021 but the United States has not received payment. On September 15, 2021, Mr. Meliado informed the United States that he was finalizing a bank account for the ACH transfer and should remit payment by the end of the week.

4.  The United States plans to seek entry of default against U.S. Bank. U.S. Bank's responsive pleading to the amended complaint was due on August 6, 2021. (Doc. No. 79). As of this date, U.S. Bank has not filed a responsive pleading.

5.  The United States has also reached out to counsel for U.S. Bank and is investigating whether the U.S. Bank has a valid claim.

**Statement by U.S. Bank:**

6.  US Bank is the holder of Tax Sale Certificate Number 15-00002 (the "Certificate") which is secured by property commonly known as 115 Pawnee Road, Township of Cranford, New Jersey and known and designated as Lot 13 in Block 117 on the Official Tax Map of the Township of Cranford. At time of acquisition of the Certificate on September 22, 2015, US Bank paid a premium of $64,600.00. Pursuant to N.J. S.A. 54:5-33, if a redemption is not made within five (5) years of the date of acquisition, the premium is retained by the municipality. US Bank timely filed its foreclosure action on June 13, 2019 and was assigned Docket Number F-10823-19 but was precluded from completing its action due to the Notice of Removal due to the within action having priority as a federal action. As a result, US Bank has been precluded from safeguarding its premium and the municipality, the Township of Cranford, has retained same.

7.  US Bank has requested that the United States of America enter into this Consent Order acknowledging that plaintiff's state action was barred from proceeding and that the forfeiture of the premium be tolled due to the within matter precluding US Bank from prosecuting its action.

8.  Unfortunately, the municipality has refused to acknowledge the Federal Government's superior rights and that US Bank could not complete its foreclosure action due to this stay. It is US Bank's position that it is patently unfair to be stayed from proceeding in State Court while the redemption lapse provision in N.J.S.A. 54:5-33 is not tolled to protect its rights. It would be unfair to permit the loss of US Bank's premium under these circumstances.

9.  It is respectfully requested that the Court enter an Order that tolls the running of the five (5) year period due to the stay in the within action.

**Statement by the Meliados:**

10.  The recent claim now being made by US Bank, by counsel, will be addressed in a responsive manner, under separate cover to the court, based upon the invalidity of that claim now being put forth before this court. US Bank has failed to file any responsive pleadings in this matter despite the original service of the summons and complaint and a subsequent opportunity provided to them to file a responsive pleading. Counsel is now seeking a retroactive stay of its underlying cause of action. The matter was removed to this Court's jurisdiction but had not been stayed by operation of that removal, or requested to be so, by counsel at any time prior to the most recent request by counsel. On information and belief, as stated by counsel for US Bank at the last phone conference, the claims now being put forth by US Bank were adjudicated at the State level with the Township of Cranford and they were deemed time barred and their claims invalidated and

dismissed. Despite the fact we were named defendants in that matter, and retain an equitable right of redemption, we never received copies or notice of any of the state court filings and Orders. The settlement reached with the government was contemplated upon US Bank's underlying claims as being time barred, based upon the expiration of the five-year statute of limitation, but we concur with the Government's position that those matters pertaining to the IRS are indeed settled as previously submitted to the Court.

        Sincerely yours,

/s/ Gokce T. Yurekli
GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the United States of America*

/s/ Robert A. Del Vecchio
ROBERT A. DEL VECCHIO
Robert A Del Vecchio, Esq.
405 Lafayette Avenue
Hawthorne, N.J. 07506
Cell: (973) 931-0269
Tel: (973) 423-9035
Fax: (973) 423-9036
rdelvecchio@radvlaw.com
*Counsel for U.S. Bank*

/s/ Donald. J. Meliado, Jr.
DONALD J. MELIADO, JR.
*Pro Se Defendant*

/s/ Jacqueline V. Meliado
JACQUELINE V. MELIADO
*Pro Se Defendant*