**CLOSING**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **DONALD J. MELIADO, et al.,** *Defendants.* | Civil Action No. 18-13387 ORDER |

**THIS MATTER** comes before the Court by way of (1) Plaintiff the United States of America's ("Plaintiff") and Defendants Jacqueline V. Meliado's and Donald J. Meliado's ("Defendants") unopposed Joint Motion for Entry of Judgment, ECF No. 82; (2) U.S. Bank, as Custodian for BV Trust 2015-1's ("U.S. Bank") Motion to Toll Statute of Limitations, ECF No. 88; and (3) the Township of Cranford's ("Cranford") Motion to Intervene, ECF No. 89;

and it appearing that this action arises from Plaintiff's attempts to collect federal tax assessments made against Defendants and to enforce tax liens on certain real property held by Defendants (the "Property"), see generally Second Am. Compl. ("SAC"), ECF No. 73;

and it appearing that on March 4, 2022, Magistrate Judge Leda Dunn Wettre ("Judge Wettre") issued a Report and Recommendation recommending that the Court deny U.S. Bank's Motion as procedurally improper and deny Cranford's Motion as moot, ECF No. 97 (the "R&R");

and it appearing that neither U.S. Bank, Cranford, nor any other party to this action has timely objected to the R&R;

and it appearing that after careful consideration, and for the reasons discussed in the R&R, the Court will adopt the R&R in full and deny the motions of U.S. Bank and Cranford;

and it appearing that having disposed of all other pending motions, the Court will grant Plaintiff and Defendants' Joint Motion for Entry of Judgment and enter the proposed form of judgment;[1]

**IT IS** on this 21st day of March, 2022;

**ORDERED** that Judge Wettre's R&R, ECF No. 97, is **ADOPTED**; and it is further

**ORDERED** that U.S. Bank's Motion to Toll Statute of Limitations, ECF No. 88, is **DENIED**; and it is further

**ORDERED** that Cranford's Motion to Intervene, ECF No. 89, is **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff and Defendants' Joint Motion for Entry of Judgment, ECF No. 82, is **GRANTED**; and it is further

**ORDERED** that this matter is now **CLOSED**.

                                                */s Madeline Cox Arleo*
                                                **MADELINE COX ARLEO**
                                                **UNITED STATES DISTRICT JUDGE**

---

[1] The SAC names the New Jersey Department of Treasury, New Jersey Department of Labor, Stark & Stark, and U.S. Bank as parties with potential interests in the Property. None of these parties have responded to the SAC.