IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD J. MELIADO, JR., *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 2:18-cv-11387-MCA-LDW |

**UNITED STATES' MOTION FOR ENTRY OF CONSENT ORDER OF SALE**

The United States of America moves the Court for entry of an order of sale of the real property located at 115 Pawnee Road, Cranford, New Jersey ("Cranford Property"). A version of the order consented to by the defendants accompanies this motion. In support of this motion, the United States avers as follows:

1. The United States filed this case to collect certain federal tax assessments made against Donald J. Meliado, Jr. and Jacqueline V. Meliado ("Meliados"), to enforce the federal tax liens on the Cranford Property held by them, and to obtain judicial sale of the Cranford Property. (ECF No. 1.) The property is fully described as follows:

> ALL that certain tract, lot and parcel of land situate in the Township of Cranford, County of Union and State of New Jersey, being more particularly described as follows:
>
> BEGINNING at a point in the southerly sideline of Pawnee Road distant 358.62 feet westerly from the intersection formed by the southerly sideline of Pawnee Road with the westerly sideline of Sprinfield Avenue and running thence:
>
> (1) South 02 degrees 29 minutes 20 seconds East 120.00 feet to a point; thence
> (2) South 87 degrees 30 minutes 40 seconds West 90.00 feet to a point; thence
> (3) North 02 degrees 29 minutes 20 seconds West 120.00 feet to a point; thence
> (4) North 87 degrees 30 minutes 40 seconds East 90.00 feet to a point and place of BEGINNING.

The above description is based upon a survey made by M.R. Mastrangolo and Associates, dated September 1, 1992.

BEING also known as Lot 13 in Block 117 on the current Tax Map of the Township of Crawford.

BEING the same property conveyed to the grantors herein by Deed from Walter L. Baker and E. Grace Bake, his wife, dated July 3, 1955, recorded on July 7, 1955, in the Office of the Union County Register at Deed Book 2199, Page 176.

2. On March 21, 2022, the Court entered an Agreed Judgment in favor of the United States and against the Meliados for their joint income tax liabilities for the 2005, 2007, and 2010 through 2014 tax years in the amount of $377,009.46 as of June 14, 2021, along with statutory interest and additions to tax; and against Donald J. Meliado for trust fund recovery penalties for the fourth quarter for 2007, fourth quarter of 2008, all quarters of 2009, all quarters of 2010, all quarters of 2011, and the first quarter of 2012 in the amount of $37,237.44 as of June 14, 2021, along with statutory interest and additions to tax. (ECF No. 99.)

3. The Agreed Judgment also stated that the government's federal tax lien attached to all property and rights to property of the Meliados, including their interest in the Cranford Property. (*Id.*)

4. The United States and the Meliados executed a settlement agreement to satisfy the Agreement Judgment by making certain monthly payments to the United States ("Settlement Agreement"). Pursuant to the Settlement Agreement, the Meliados agreed to sign an order of sale of the Cranford Property. The United States agreed not to file this order so long as the Meliados complied with the terms of the Settlement Agreement. The Settlement Agreement provided Meliados thirty days to cure any default.

5. After signing the Settlement Agreement and before making any payments, Donald J. Meliado filed for Chapter 13 bankruptcy on September 21, 2022. This triggered an automatic

stay of collection of the Agreed Judgment. In his Chapter 13 plan, Donald J. Meliado proposed to sell the Cranford Property by July 31, 2023. He modified his original plan a year later proposing a new sale date of January 30, 2024. The bankruptcy was subsequently dismissed on November 28, 2023, due to delinquent payments.

6. On December 8, 2023, the United States reinstated the Settlement Agreement with first payment to begin on January 1, 2024. As to the joint income tax liabilities, the Meliados were required to make monthly payments of $3,000. As to Donald J. Meliado's trust fund recovery penalty liabilities, he was required to make two payments of $2,309.77 each on January 1, 2024 and February 1, 2024, and then monthly payments of $500 starting March 1, 2024. As a condition of having the Settlement Agreement reinstated, the Meliados also executed an Agreed Order of Sale.

7. The Meliados have since defaulted on their Settlement Agreement because they failed fully make the required monthly payments and have not cured their default. Attached is Exhibit A showing the payments the Meliados have made since January 1, 2024.

8. The United States sent a default letter to the Meliados on October 11, 2024 informing them of their outstanding balance and giving them until November 11, 2024 to cure their default. A copy of this letter is attached as Exhibit B.[1] The Meliados have not since cured their default.

9. Because the Meliados have twice failed to sell the Cranford Property and have defaulted on their Settlement Agreement, good cause exists to enter the order of sale authorizing the United States to sell the Cranford Property.

---

[1] In the October 11, 2024 default letter, we noted that the Meliados had made three payments of $750 on September 24, 2024, October 1, 2024, and October 8, 2024. However, these payments were not processed due to insufficient funds in the Meliados' bank account.

WHEREFORE, the United States asks the Court to enter the attached order of sale.

Date:  February 28, 2025

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Counsel for the United States of America*

5

## CERTIFICATE OF SERVICE

I certify that on the same day I electronically filed the foregoing Motion with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record. On the same day I also emailed a copy of this Motion to the Meliados at the following address:

Jacqueline and Donald Meliado
115 Pawnee Road
Cranford, New Jersey 07016
dmeliado@aol.com

                                         */s/ Gokce T. Yurekli*
                                         GOKCE T. YUREKLI
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         *Counsel for the United States of America*