| Date Posted | Amount Paid |
|---|---|
| 2/19/2025 | $750.00 |
| 2/12/2025 | $750.00 |
| 1/29/2025 | $750.00 |
| 1/22/2025 | $750.00 |
| 1/8/2025 | $750.00 |
| 1/2/2025 | $750.00 |
| 12/18/2024 | $750.00 |
| 12/11/2024 | $750.00 |
| 12/4/2024 | $750.00 |
| 11/13/2024 | $750.00 |
| 10/23/2024 | $750.00 |
| 10/17/2024 | $750.00 |
| 8/7/2024 | $750.00 |
| 7/24/2024 | $750.00 |
| 6/26/2024 | $750.00 |
| 6/12/2024 | $750.00 |
| 6/5/2024 | $750.00 |
| 5/22/2024 | $750.00 |
| 4/24/2024 | $750.00 |
| 4/17/2024 | $750.00 |
| 4/10/2024 | $750.00 |
| 3/27/2024 | $750.00 |
| 3/26/2024 | $750.00 |
| 3/13/2024 | $750.00 |
| 3/6/2024 | $750.00 |
| 2/28/2024 | $750.00 |
| 2/21/2024 | $750.00 |
| 2/14/2024 | $750.00 |
| 1/26/2024 | $2,309.77 |
| **Total** | **$23,309.77** |

Exhibit A