

U.S. Department of Justice

**Tax Division**
*Civil Trial Section, Eastern Region*

| | | |
|---|---|---|
| DAH:DSM:GTYurekli | P.O. Box 227 | Telephone: 202-598-0581 |
| DJ 5-48-22730 | Washington, D.C. 20044 | Fax: 202-514-6866 |
| CMN 2017102169 | | Gokce.T.Yurekli@usdoj.gov |

October 11, 2024

<u>*Via Email and Mail*</u>

Jacqueline and Donald Meliado
115 Pawnee Road
Cranford, New Jersey 07016
dmeliado@aol.com

    Re:    *United States v. Meliado, et al.*
             Case No. 2:18-cv-111387-MCS-LDW (D.N.J.)

Dear Mr. and Mrs. Meliado:

    This letter replaces the default letter dated September 18, 2024 and serves as your first notice of default regarding your settlement agreement in the above referenced case. In the September 18, 2024 letter, we miscalculated your payments and we are writing to you fix those mistakes. Since that letter was sent to you, you have made three payments of $750 (on September 24, 2024, October 1, 2024, and October 8, 2024), which have been credited to your balance in the table below. However, you still have an outstanding balance.

    The settlement agreement required you to make certain monthly payments toward your joint income tax liabilities and trust fund recovery penalties starting on January 1, 2024. As of the date of this letter, you are not in compliance with your monthly obligations. This letter provides you with an opportunity to cure this violation. The table below provides the amounts you currently owe for each liability:

    //

**Exhibit B**

| Liability Type | Total amount owed under the settlement agreement (from January 1, 2024 to date of this letter) | Total amount you have paid | Balance Due |
|---|---|---|---|
| Joint Income Tax Liabilities | $30,000.00 | $16,559.77 | $13,440.23 |
| Trust Fund Recovery Penalties | $8,619.54 | $0[1] | $8,619.54 |

You may cure your breach of the settlement agreement by submitting a $22,059.77 payment **by November 11, 2024** through pay.gov. If you fail to make payment, the United States shall be permitted to enforce the judgment by any and all legal means, including, filing the signed agreed order of sale with the Court, as permitted under paragraph 10 of the settlement agreement.

If you have any questions concerning this matter, please contact me.

Sincerely,

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney
Civil Trial Section, Eastern Region

---

[1] You have elected to make automatic payments through pay.gov, which does not allow the user to split a payment to two separate liabilities. That is why none of your monthly payments have been applied to your TFRP liability. You may wish to set up another pay.gov account for your TFRP liability. Please contact me for more information.